IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

RHONDA MONTOYA,
   Plaintiff,

v.              No. CIV 2011-00605 BB/WDS

ACE AMERICAN INSURANCE COMPANY,
   Defendant.

## STIPULATED ORDER OF DISMISSAL

  THIS MATTER having come before the Court on the Joint Motion of the Plaintiff, Rhonda Montoya, and Defendant, ACE American Insurance Company, to dismiss Plaintiff's Complaint against Defendant with prejudice pursuant to NMRA 1-041(A)(2), the Court having reviewed said Motion and being otherwise fully advised in the premises, FINDS that the Motion is well taken.

  IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that all claims of the Plaintiff's against Defendant, and all claims and causes which could have been brought against Defendant is hereby dismissed with prejudice. The parties shall each bear their own costs and attorneys' fees.

              _____
              HONORABLE BRUCE BLACK
              United States District Court Judge

APPROVED:
GABALDON LAW FIRM

*Approved 12-27-2012*
Alex M. Gabaldon
*Attorney for Plaintiff*
P.O. Box 25821
Albuquerque, NM 87125-5821
(505) 899-0066
BUTT THORNTON & BAEHR, PC
*/s/ James H. Johansen*
James H. Johansen
*Attorneys for Defendant*
P.O. Box 3170
Albuquerque, NM 87110
(505) 884-0777